April 14, 1900, reversing an order of Special Term directing the issuance of a peremptory writ of mandamus requiring the defendant to place the names of the relators upon the list of those eligible to appointment as teachers in the primary department of the public schools of the borough of Brooklyn, city of New York.

*George W. Titcomb* for appellants.

*John Whalen, Corporation Counsel* (*William J. Carr* and *Luke D. Stapleton* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.

---

THE AULTMAN AND TAYLOR COMPANY, Appellant, *v.* FREDERICK J. SYME et al., Respondents.

(Submitted June 4, 1900; decided June 19, 1900.)

Motion to amend remittitur granted. (See 163 N. Y. 54.)

---

JULIUS F. KRUG, Respondent, *v.* JOHN PITASS et al., Appellants.

(Submitted June 11, 1900; decided June 19, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 154.)

---

VIRGINIA K. HASCALL, Appellant, *v.* VINCENT C. KING, JR., and ANNA LOUISA KING, Individually and as Executor and Executrix of and Trustees under the Will of VINCENT C. KING, Deceased, Respondents, and MAMIE K. SMITH et al., Appellants.

(Submitted June 11, 1900; decided June 19, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 134.)